* Editor's Note: The decision in U. S. v. Koran, published in the advance sheets at this

Plaintiffs have requested rehearing in the light of Sea-Land Services, Inc. v. Gaudet, 414 U.S. 573, 94 S.Ct. 806, 39 L.Ed.2d 9 (1974). In McDonald v. Federal Barge Lines, Inc., 496 F.2d 1376 (5th Cir. 1974), this Court in effect held that *Sea-Land Services* overruled that aspect of *Canal Barge*.

Defendants have requested that if rehearing is granted, they be given an opportunity to argue the liability questions raised by way of cross-appeal. When this case was originally decided, it had not seemed necessary to reach these issues in view of our determination of the damage issue under the rationale of *Canal Barge*. It now appearing that such issues should be decided on the oral argument calendar, rather than the summary calendar,

It is ordered that this appeal, including the cross-appeal, be set for oral argument as if the case had been originally screened for oral argument rather than the summary calendar. The Clerk shall set a briefing schedule for the filing of supplemental briefs.

**Charlie Albert YOUNG, Petitioner-Appellant,**

v.

**W. J. ESTELLE, Director, Texas Department of Corrections, Respondent-Appellee.**

No. 74-1146.

United States Court of Appeals,
Fifth Circuit.

June 26, 1974.

James H. Randals, Staff Counsel for Inmates, Tex. Dept. of Corrections, Huntsville, Tex., for petitioner-appellant.

citation (496 F.2d 531) was subsequently withdrawn by order of Court.

Max P. Flusche, Jr., Asst. Atty. Gen., Austin, Tex., for respondent-appellee.

Before BROWN, Chief Judge, and RIVES and DYER, Circuit Judges.

PER CURIAM:

Upon consideration of the briefs and oral arguments in this appeal, we conclude that the record developed in the state post-conviction proceedings was insufficient to support the denial of federal habeas corpus relief without a hearing. Therefore the judgment of the district court is vacated and the cause remanded with directions to hold an evidentiary hearing.

Vacated and remanded with directions.